IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| A.L.M. HOLDING CO., ERGON ASPHALT & EMULSIONS, INC., and MEADWESTVACO CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ARR-MAZ CUSTOM CHEMICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 13-1070-GMS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT ARR-MAZ CUSTOM CHEMICALS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arr-Maz Custom Chemicals, Inc. discloses the following parent corporation: AMZ Holding Corp.  Arr-Maz Custom Chemicals also discloses the following publicly held corporations that own 10% or more of its stock: None.

ASHBY & GEDDES

*/s/ John G. Day*
_____
John G. Day (#2403)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19 899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Counsel for Defendant*
*Arr-Maz Custom Chemicals, Inc.*

{00782771;v1 }

*Of Counsel:*

Robert L. Lee
John W. Cox, Ph.D.
Siraj M. Abhyankar
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA  30309
Phone: (404)-881-7000
bob.lee@alston.com
john.cox@alston.com
shri.abhyankar@alston.com

Dated:  September 6, 2013